**ORIGINAL**

JACK F. SCHWEIGERT, 1560
550 Halekauwila Street, #309
Honolulu, HI 96813
Tel. No. 808.533-7491
Fax No. 808.533-7490
E-Mail: Jackschweigert@hotmail.com

R. STEVEN GESHELL, 3349
345 Queen Street, Ste. 709
Honolulu, HI 96813
Tel. No. 808.396.7701
Fax No. 808.395.8556
E-Mail: geshlaw@lava.net

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 31 2016
at 12 o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM J. COWARD,<br><br>      Plaintiff<br>vs.<br><br>UNITED STATES OF AMERICA;<br>FEDERAL BUREAU OF PRISONS;<br>DAVID T. ACKLEY;<br>JOHN DOES 1-50; JANE DOES 1-50; DOE CORPORATIONS 1-50;<br>DOE ENTITIES 1-50;<br>GOVERNMENTAL UNITS 1-50<br><br>      Defendants. | CIVIL NO. CV16 00273 RLP<br><br>COMPLAINT and DEMAND<br>FOR JURY TRIAL; SUMMONS |

2016-04-27 Complaint

## **COMPLAINT**

COMES NOW Plaintiff and for Complaint against the Defendants, alleges:

1. Plaintiff is a resident of the city and county of Honolulu, state of Hawaii, and at all times herein alleged was a federal prisoner, incarcerated at the Federal Detention Center at 353 Elliott Street, Honolulu, Hawaii 96819.

2. Defendant, United States of America, is one of the Defendants and is subject to liability for personal injury to the Plaintiff under 18 U.S.C. §4042 (a)(2) and 28 U.S.C. §1346 (b).

3. That another Defendant is the Federal Bureau of Prisons, which is likewise subject to liability to the Plaintiff under 18 U.S.C. §4042 (a)(2) and is required to provide health care to prisoners. Said Defendant is also subject to liability to the Plaintiff under 28 U.S.C. §1346 (b).

4. Defendant David T. Ackley, believed to have been a licensed medical doctor here employed by the co-Defendants is sued in his individual and official capacity. It has been learned since denial of Plaintiff's claim by Defendants, that Defendant Ackley's medical license by the State of Hawaii was terminated on January 31, 2014.

5. This Court has jurisdiction of this federal tort claim by virtue of 28 U.S.C. §1346 (b).

6. Between February of 2011 and January of 2012, the Plaintiff was a prisoner at the Defendant's Federal Detention Center at 353 Elliott Street, Honolulu, Hawaii 96819.

7. On July 20, 2011, the Hon. Judge J. Michael Seabright sent the Plaintiff to be incarcerated at the aforesaid Federal Detention Center in Honolulu, Hawaii, but before doing so was assured by the detention center's Dr. Ackley that the Defendants could treat the Plaintiff's medical condition at the detention center.

8. The Defendants' medical staff including then Doctor Ackley failed to administer medication prescribed by Plaintiff's civilian eye doctor which caused the Plaintiff to have partial loss of vision in both eyes and eventually permanent loss of vision, all to his substantial special and general damages, including loss of life's pleasure and loss of binocular vision.

9. That the Bureau of Prisons is under a duty to provide health care to prisoners based on 18 U.S.C. §4042 (a)(2).

10. That Defendants failed to provide proper health care to the Plaintiff while he was incarcerated as aforesaid at the detention center in Honolulu, Hawaii.

11. Plaintiff filed his claim for damages on the standard form 95 which was received by the United States Department of Justice Federal Bureau of Prisons on January 14, 2014 and the claim was also served on the Co-Defendants, other than Defendant Ackley, at the Federal Detention Center in Honolulu, Hawaii on December 20, 2013.

12. Defendants, other than Defendant Ackley, studied the facts of this case between January of 2014 and January 20, 2016, during which time they were given more factual and medical information about the Plaintiff's claim.

13. On January 20, 2016, Defendants, other than Defendant Ackley, denied Plaintiff's federal tort claim, giving the Plaintiff six months to file suit in the U.S. District Court for the District of Hawaii.

14. By virtue of the foregoing, the Plaintiff has complied with 28 U.S.C. §2401 by timely filing his claim against the Defendants for personal injury while he was a federal prisoner in Honolulu, Hawaii, all pursuant to 28 U.S.C. §2674.

15.     Defendants, other than Defendant Ackley, denied the claim and therefore the Plaintiff complied with 28 U.S.C. §2675 by timely filing this Complaint.

15.     By reason of the foregoing, the Plaintiff has been damaged by the negligence of the Defendants and is entitled to recover personal injury damages for special damages and general damages in an amount to be proven at trial within the jurisdiction of this court for the following damages:

    a.     Special damages in an amount to be proven at trial;

    b.     General damages for loss of life's pleasures and loss of binocular vision and pain and suffering in an amount to be proven at trial;

    c.     By virtue of 28 U.S.C. §2678, the Plaintiff is entitled to recover reasonable attorney's fees of up to 25% of the amount recovered against the Defendants.

WHEREFORE, Plaintiff prays for judgment against the Defendants in an amount sufficient to vest this court with jurisdiction under his federal tort claim, together with costs of this action and reasonable attorney's fees as allowed by the statute, plus pre and post judgment interest at 10 percent per annum.

DATED: Honolulu, Hawaii this 31 day of May, 2016.

_____
JACK F. SCHWEIGERT
R. STEVEN GESHELL
Attorneys for Plaintiff
WILLIAM J. COWARD

## DEMAND FOR JURY TRIAL

Plaintiff by and through his counsel, demand jury trial on all issues in this case.

DATED: Honolulu, Hawaii this 31 day for May, 2016.

_____
JACK F. SCHWEIGERT
R. STEVEN GESHELL
Attorneys for Plaintiff
WILLIAM J. COWARD