AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM J. COWARD<br><br>Plaintiff,<br><br>V.<br><br>UNITED STATES OF AMERICA; FEDERAL BUREAU OF PRISONS; DAVID T. ACKLEY; JOHN DOES 1-50; JANE DOES 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; GOVERNMENTAL UNITS 1-50<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CIV NO. 16-00273 ACK-RLP<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>August 14, 2017<br><br>At 4 o'clock and 50 min p.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Judgment is entered in favor of Defendant United States of America against the Plaintiff William J. Coward pursuant to the "Order Granting Defendant's Motion For Summary Judgment" filed on August 14, 2017, ECF NO. [58].  It is further ordered that Defendants Federal Bureau of Prisons, Dr. David T. Ackley and all Doe Entities are dismissed.

| | |
|---|---|
| August 14, 2017 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by EPS |
| | (By) Deputy Clerk |